**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROBERT REESE,

        Petitioner,

v.                                                   Case Number: 2:07-CV-12087

BLAINE LAFLER,

        Respondent.
                                 /

**ORDER REQUIRING PRODUCTION OF RELEVANT STATE COURT RECORD**

Petitioner Robert Reese filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. The court ordered Respondent to file an answer in accordance with Rule 5 of the Rules Governing Section 2254 cases. Rule 5 requires that, as part of its answer, Respondent file a copy of any prior decisions, pleadings, briefs, and transcripts necessary to adjudicate the issues presented.

Respondent has now filed an answer in opposition to the petition. However, Respondent has not yet filed relevant portions of the state court record as required by Rule 5, specifically, but not limited to, transcript proceedings which took place on the following dates: December 15, 2004; January 14, 2005; January 24, 2005 and January 25, 2005. Accordingly,

IT IS ORDERED that Respondent produce the relevant state court record within twenty-one days from the date of this order or show cause why he is unable to do so.

                                                      s/Robert H. Cleland
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

Dated: June 19, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 19, 2008, by electronic and/or ordinary mail.

                                              s/Lisa G. Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522